NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1472

BRADFORD COMPANY,

Plaintiff-Appellant,

v.

CONTEYOR NORTH AMERICA INC.
and CONTEYOR MULTIBAG SYSTEMS N.V.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Ohio in no. 05-CV-449, Judge Sandra S. Beckwith.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory F. Ahrens, Esq.
Michael P. Doerr, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK